UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. MARTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>YOLO COUNTY SHERIFF DEPUTY RYAN MEZ, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-00855-JAM-JDP (PS)<br><br>ORDER FINDING SERVICE OF COMPLAINT AND NOTICE OF ELECTION APPROPRIATE AGAINST DEFENDANTS RYAN MEZ AND JEREMY HEMBREE<br><br>ECF Nos. 1, 6 |

Plaintiff Sean Martin is proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. This matter has been referred to a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The court orders that this case proceed on plaintiff's complaint filed April 27, 2020, as amended by plaintiff's October 26, 2020 notice of election to proceed only with his First Amendment, Fourth Amendment, and state law false arrest claims against defendants Ryan Mez and Jeremy Hembree, and his Fourteenth Amendment claim against Hembree.

Accordingly, it is ordered that:

1. Service is appropriate for defendants Ryan Mez and Jeremy Hubree.

2. The Clerk of Court shall send plaintiff one USM-285 form, one summons, a copy of the complaint, this court's scheduling order, and the forms providing notice of the magistrate

1

judge's availability to exercise jurisdiction for all purposes.

    3. Plaintiff is advised that the U.S. Marshal will require:

        a. One completed summons;

        b. one completed USM-285 form for each defendant;

        c. a copy of the complaint and October 26, 2020 notice of election for each defendant, with an extra copy of each document for the U.S. Marshal; and,

        d. a copy of this court's scheduling order and related documents for each defendant.

    4. Plaintiff shall supply the U.S. Marshal, within 14 days of the date when this order is filed, all information needed by the Marshal to carry out service of process, and shall, within 14 days thereafter, file a statement with the court verifying that this information been submitted to the U.S. Marshal.

    5. The U.S. Marshal shall serve process, with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs. The U.S. Marshal shall, within 14 days thereafter, file a statement with the court that the appropriate documents have been served. If the U.S. Marshal is unable, for any reason, to effect service of process on any defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

    6. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916/930-2030).

    7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   November 13, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28