UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. MARTIN,<br><br>             Plaintiff,<br><br>     v.<br><br>RYAN MEZ, *et al.*,<br><br>             Defendants. | Case No.  2:20-cv-00855-JAM-JDP (PS)<br><br>ORDER GRANTING REQUESTS TO SEAL<br><br>ECF Nos. 25, 26, 30 |

The parties request that documents filed by defendant Hembree be sealed because they contain confidential information about plaintiff, including his social security number and date of birth. ECF Nos. 25, 26, 30. The documents containing confidential information are the Declaration of Philip J. Pogledich and attached exhibits, ECF No. 16, and the Request for Judicial Notice and attached exhibits, ECF No. 17. The court finds that sealing is appropriate. *See* Fed. R. Civ. P. 5.2; Local Rule 141(c).

1

Accordingly,

1. The requests to seal, ECF Nos. 25, 26, 30, are granted.

2. The documents filed at ECF Nos. 16 and 17, including exhibits, are sealed.

IT IS SO ORDERED.

Dated: __April 22, 2021__    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE