UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>JEREMY HEMBREE,<br><br>    Defendant. | Case No. 2:20-cv-00855-JAM-JDP (PS)<br><br>ORDER GRANTING MOTION FOR PERMISSION TO FILE A SUR-REPLY<br><br>ECF No. 46 |

Defendant Hembree seeks leave to file a sur-reply. Plaintiff raised new allegations of improper conduct by defendant's attorney, and defendant would like to respond with clarification. For good cause shown, defendant's motion, ECF No. 46, is granted.

IT IS SO ORDERED.

Dated:   September 15, 2021            _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE