UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. MARTIN, | No. 2:20-cv-00855-JAM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| JEREMY HEMBREE, | |
| Defendant. | |

On August 24, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 24, 2021, are ADOPTED;
2. Defendant's motion to dismiss, ECF No. 14, is granted as to plaintiff's state law claim, and that claim is dismissed without leave to amend; and
3. The motion is denied in all other regards.

Dated:  September 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE