UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. MARTIN, | No. 2:20-cv-00855-JAM-EFB (PS) |
| Plaintiff, | |
| v. | ORDER |
| RYAN MEZ, et al., | |
| Defendants. | |

On October 26, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed October 26, 2021, are ADOPTED;
2. Plaintiff's motion, ECF No. 38, is granted in part;
3. Plaintiff's voluntary dismissal of defendant Mez, ECF No. 28, is vacated; and

///

///

4. Plaintiff is directed to file an amended motion for default judgment within thirty days of the date of this order.

Dated: December 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE